COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| IN RE: GUARDIANSHIP OF JOHN V. WALTER, AN ALLEGED INCAPACITATED PERSON, | § | No. 08-20-00206-CV |
| | § | Appeal from the |
| Appellant, | § | Probate Court |
| | § | of Dallas County, Texas |
| | § | (TC# PR-20-1181-1) |

## O R D E R

Pending before the Court is an agreed motion to abate the appeal. The motion is GRANTED, and the appeal is abated until May 9, 2021, to give the parties an opportunity to settle the dispute. If the parties are able to finalize a settlement prior to May 9, 2021, the parties are directed to notify the Court of that fact and to file an appropriate motion to dispose of this action.

IT IS SO ORDERED this 9th day of April, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.